# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **SYLVESTER L. EVANS, JR.** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:18cv101-HSO-JCG |
| | § | |
| **CITY OF BILOXI,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon the Magistrate Judge's Order [4] Granting Application to Proceed in District Court Without Prepaying Fees or Costs, Staying Proceedings Pending Screening, and Requiring Plaintiff to File an Amended Complaint entered on April 23, 2018. The Court, after a full review and consideration of the record as a whole and relevant legal authority, finds that in accord with its Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 17th day of May, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE